UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan A. Smiley<br>　　　　　　　　　　Debtor(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　　v.<br>Jonathan A. Smiley<br>　　　　　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 18-20987 CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 42<br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this  24th day of June  , 2019, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2010 TOYOTA PRIUS , VIN:JTDKN3DU4A5191497,  in a commercially reasonable manner. ~~The 14 day stay under Bankruptcy Rule 4001(a)(3) is waived.~~

cc: See attached service list:

　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm　　glb
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　6/24/19 2:28 pm
　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

Jonathan A. Smiley
610 Buckingham Drive
Greensburg, PA 15601

Matthew M. Herron, Esq.
The Debt Doctors at Quatrini Rafferty
941 Penn Avenue Suite 101
Pittsburgh, PA 15222
mmh@thedebtdoctors.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan A. Smiley  
      Debtor

Case No. 18-20987-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Jun 24, 2019  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.  
db            +Jonathan A. Smiley,    610 Buckingham Drive,    Greensburg, PA 15601-6023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
         Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Matthew M. Herron    on behalf of Debtor Jonathan A. Smiley mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                         TOTAL: 7