**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jonathan A. Smiley**
Debtor(s)

Bankruptcy Case No.: 18−20987−CMB

Chapter: 13
Docket No.: 70 − 68

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/27/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                                Carlota M Bohm
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jonathan A. Smiley  
    Debtor

Case No. 18-20987-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Apr 26, 2023     Form ID: 408v     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan A. Smiley, 610 Buckingham Drive, Greensburg, PA 15601-6023 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14807385 | | Fed Loan Servicing, PO Box 530210, Harrisburg, PA 17106 |
| 14807389 | + | Toyota Financial, 2 Walnut Groove Drive #210, Horsham, PA 19044-7704 |
| 14876633 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14792698 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 26 2023 23:49:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14807380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:16 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14807383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14807382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:39 | Citi, POB 6282, Sioux Falls, SD 57117-6282 |
| 14807384 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:23 | Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14807381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:33 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14829098 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14807386 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14830051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793480 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14830401 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14807387 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:16 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14807388 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:30 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14815006 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15143317 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:44 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15574213 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 23:49:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807379 | *+ | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jonathan A. Smiley mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7