**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JONATHAN A. SMILEY

           Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
           Movant
           vs.
No Respondents.

Case No.:18-20987

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/15/2018  and confirmed on 5/18/18 .  The case was subsequently
Completed After Confirmation

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,554.42 |
| Less Refunds to Debtor | 2,348.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,205.78 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,917.14 | |
| Trustee Fee | 4,775.42 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,692.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PHFA(*) | 0.00 | 79,066.92 | 0.00 | 79,066.92 |
| Acct: 05XX | | | | |
| TOYOTA MOTOR CREDIT CORP | 1,408.70 | 1,408.70 | 593.87 | 2,002.57 |
| Acct: 4401 | | | | |
| | | | | 81,069.49 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JONATHAN A. SMILEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JONATHAN A. SMILEY | 2,348.64 | 2,348.64 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFE | 1,103.60 | 1,103.60 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 917.14 | 917.14 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-23 | | | | |
| THE DEBT DOCTORS LLC | 896.40 | 896.40 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9446 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 20,541.57 | 6,660.28 | 0.00 | 6,660.28 |
| Acct: 9814 | | | | |
| MIDLAND FUNDING LLC | 15,291.43 | 4,958.00 | 0.00 | 4,958.00 |
| Acct: 1837 | | | | |
| MIDLAND FUNDING LLC | 7,511.92 | 2,435.62 | 0.00 | 2,435.62 |
| Acct: 2566 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7514 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2328 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4935 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8163 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3689 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5212 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,063.40 | 669.03 | 0.00 | 669.03 |
| Acct: 5568 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 381.32 | 123.64 | 0.00 | 123.64 |
| Acct: 3544 | | | | |
| TOYOTA MOTOR CREDIT CORP | 4,925.96 | 1,597.16 | 0.00 | 1,597.16 |
| Acct: 4401 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5568 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,443.73 |

TOTAL PAID TO CREDITORS                                                97,513.22

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                 1,408.70
UNSECURED            50,715.60

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JONATHAN A. SMILEY

            Debtor(s)

Ronda J. Winnecour
          Movant
       vs.
No Repondents.

Case No.:18-20987

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 18-20987-CMB

Jonathan A. Smiley                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan A. Smiley, 610 Buckingham Drive, Greensburg, PA 15601-6023 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 14807385 | | Fed Loan Servicing, PO Box 530210, Harrisburg, PA 17106 |
| 14807389 | + | Toyota Financial, 2 Walnut Groove Drive #210, Horsham, PA 19044-7704 |
| 14876633 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14792698 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 26 2023 23:49:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14807380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:16 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14807383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:23 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14807382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | Citi, POB 6282, Sioux Falls, SD 57117-6282 |
| 14807384 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 23:56:38 | Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14807381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:31 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14829098 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14807386 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14830051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:55:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14793480 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14830401 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14807387 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:31 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14807388 | | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:30 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14815006 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 23

| | | Apr 26 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15143317 | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:19:17 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15574213 | + Email/Text: EBN@edfinancial.com | Apr 26 2023 23:49:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807379 | *+ | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jonathan A. Smiley mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7